UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

LINDA KENNEY,
    Plaintiff,

-vs.-                                                                                          Case No. 2:12-cv-12404
                                                                                                 HON. BERNARD A. FRIEDMAN

NCO FINANCIAL SYSTEMS, INC.
    Defendant.
_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT COSTS

       The parties stipulate to the dismissal of this case with prejudice and without costs to either party.

| | |
|---|---|
| /s/ Gary Nitzkin | /s/ Deborah A. Lujan |
| Gary D. Nitzkin (P41155) | Deborah A. Lujan (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| Nitzkin & Associates | Collins, Einhorn, Farrell & Ulanoff, P.C. |
| 22142 West Nine Mile Road | 4000 Town Center, Suite 909 |
| Southfield, Michigan 48034 | Southfield, MI 48075 |
| (248) 353-2882 | (248) 355-4141 |
| gnitzkin@creditor-law.com | Deborah.Lujan@ceflawyers.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

LINDA KENNEY,
    Plaintiff,

-vs.-                                      Case No. 2:12-cv-12404
                                            HON. BERNARD A. FRIEDMAN

NCO FINANCIAL SYSTEMS, INC.
    Defendant.
_____

## ORDER OF DISMISSAL
## **WITH PREJUDICE AND WITHOUT COSTS**

      The parties have resolved this matter, and the court being otherwise fully advised as to the resolution;

      **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

                                                      s/ Bernard A. Friedman
                                                      BERNARD A. FRIEDMAN
                                                      United States District Judge

September 10, 2012